IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Weathersby, Kattie | Case Number: 07 B 03026 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/17/09 | Filed: 2/22/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion: February 11, 2009
Confirmed:   June 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,950.00 |  |
| Secured: |  | 1,260.80 |
| Unsecured: |  | 599.10 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,804.00 |
| Trustee Fee: |  | 286.10 |
| Other Funds: |  | 0.00 |
| Totals: | 4,950.00 | 4,950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,804.00 | 2,804.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 1,260.80 | 1,260.80 |
| 4. | Cash To Go | Unsecured | 56.57 | 117.91 |
| 5. | America's Financial Choice Inc | Unsecured | 23.25 | 48.47 |
| 6. | Peoples Energy Corp | Unsecured | 30.71 | 64.02 |
| 7. | RoundUp Funding LLC | Unsecured | 51.88 | 108.13 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 125.00 | 260.57 |
| 9. | Charter One Auto Finance | Unsecured | | No Claim Filed |
| 10. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 11. | SBC | Unsecured | | No Claim Filed |
| 12. | Bay Area Credit Services | Unsecured | | No Claim Filed |
| 13. | AT&T Broadband | Unsecured | | No Claim Filed |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Clinical Cardiology Group | Unsecured | | No Claim Filed |
| 17. | Comcast | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Credit Management Co. | Unsecured | | No Claim Filed |
| 20. | Chex Systems Inc | Unsecured | | No Claim Filed |
| 21. | First National Bank | Unsecured | | No Claim Filed |
| 22. | Hollywood Entertainment | Unsecured | | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 24. | Jewel Food Stores | Unsecured | | No Claim Filed |
| 25. | Medical Collections | Unsecured | | No Claim Filed |
| 26. | National Check Trust Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Weathersby, Kattie

Printed: 02/17/09

Case Number: 07 B 03026
Judge: Goldgar, A. Benjamin
Filed: 2/22/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Motor Club Of America Enterprises | Unsecured | | No Claim Filed |
| 28. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 29. | Sam's Club | Unsecured | | No Claim Filed |
| 30. | TCF Bank | Unsecured | | No Claim Filed |
| 31. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 32. | Transworld | Unsecured | | No Claim Filed |
| 33. | AT&T | Unsecured | | No Claim Filed |
| 34. | US Cellular | Unsecured | | No Claim Filed |
| 35. | Marc Gilbert | Unsecured | | No Claim Filed |
| 36. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 4,352.21 | $ 4,663.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 178.19 |
| 6.5% | 65.58 |
| 6.6% | 42.33 |
| | $ 286.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: